| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | DOUGLAS J. BEEVERS, # 288639 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | CHI MENG YANG |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:17-mj-26 CMK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | TO CONTINUE DETENTION HEARING |
| v. | ) | |
| | ) | |
| CHI MENG YANG, | ) | Date: August 9, 2017 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Craig M. Kellison |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Michael M. Beckwith, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorney for Chi Meng Yang, that the detention hearing scheduled for September 7, 2017, at 2:00 p.m., be vacated and the matter continued to September 8, 2017, at 2:00 p.m.

Defense counsel requires additional time to prepare.

DATED: September 6, 2017

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for CHRISTOPHER COPPIN

Stipulation and ~~Proposed~~ Order    -1-

DATED: September 6, 2017     PHILLIP A. TALBERT
                             United States Attorney

                             */s/ Michael M. Beckwith*
                             MICHAEL M. Beckwith
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

## **O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. **It is further ordered** that the September 7, 2017 ~~status conference~~ detention hearing shall be continued until September 8, 2017, at 2:00 p.m.

DATED: September 6, 2017

HON. EDMUND F. BRENNAN
United States Magistrate Judge